# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, et al., | CASE NO. C17-0440JLR |
|---|---|
| Plaintiffs, | SHOW CAUSE MINUTE ORDER |
| v. | |
| GIFFORD INDUSTRIES INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by <u>June 14, 2017</u>, why this action should not be dismissed for failing to comply with Order requiring Status Report signed April 12, 2017, and due May 17, 2017. Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 7th day of June, 2017.

        WILLIAM M. MCCOOL
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk