Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>GIFFORD INDUSTRIES, INC., a Washington corporation,<br><br>Defendant. | Cause No. 17-cv-440 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT |

## I. STIPULATION

Plaintiffs, commonly known as the Carpenters Trusts of Western Washington, through their counsel, Jeffrey G. Maxwell, Esq. and Ekman Cushing Maxwell, P.S.; Defendant Gifford Industries, Inc. ("Gifford") through its counsel E. Allen Walker, Esq., stipulate to the following:

1. Dismissal of defendant from this action with prejudice, as the parties have settled the claims between them; and

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT – 1
17-cv-440 JLR

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

2. Each party is to bear its own fees and costs.

Dated: July 17, 2017.

_____
Jeffrey G. Maxwell, WSBA #33503
Ekman Cushing Maxwell, P.S.
220 W Mercer Street, Suite 400
Seattle, Washington 98119
(206) 282-8221 (t)
(206) 285-4587 (f)
j.maxwell@ecm-law.com

Attorneys for the Plaintiff Carpenters Trusts of Western Washington

Dated: July 17, 2017.

s\ E. Allen Walker (email authorization)
E. Allen Walker, WSBA #19621
2607 Bridgeport Way W, Suite 2C
Tacoma, WA 98466
(253) 566-3383 (t)
awalker@tacomalegal.com

Attorneys for Defendant Gifford Industries, Inc.

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT -- 2
17-cv-440 JLR

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

## II. ORDER

This matter is before the Court on the Parties' stipulation. The Court has considered the stipulation, as well as the pleadings, files and court records in this matter, and ORDERS:

1. Defendant Gifford Industries, Inc. is dismissed from this action with prejudice;

2. Each party is to bear its own costs; and

3. The Clerk of Court is directed to close the case.

Dated: July 17, 2017.

Honorable James L. Robart
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT – 3
17-cv-440 JLR

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221